**Order entered April 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00375-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST DALLAS MEDICAL CENTER AND METHODIST HEALTH SYSTEM, Appellants**

**V.**

**DEBORAH SEARCY, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-05112-D**

## ORDER

We **GRANT** court reporter Coral L. Hough's April 18, 2014 request for extension of time to file the record and **ORDER** the record be filed no later than May 23, 2014.

/s/    ELIZABETH LANG-MIERS
          JUSTICE